August 28, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JUDY RYLIE, Appellant

NO. 14-13-00282-CV                    V.

RYLIE TRANSPORTS, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Rylie Transports, Inc., signed December 11, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that Rylie Transports, Inc. take nothing.

We further order that all costs incurred by reason of this appeal be paid by appellee, Rylie Transports, Inc.

We further order this decision certified below for observance.